UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DANNY E. MEANS,                        )<br>                                                      )<br>            Petitioner,            )<br>v.                                                   )       No. 1:05-cv-1266-RLY-TAB<br>                                                      )<br>CECIL K DAVIS,                          )<br>                                                      )<br>            Respondent.          ) | |

# JUDGMENT

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 02/05/2007

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
Deputy Clerk, U.S. District Court

Distribution:

Danny E. Means
DOC #985023
Indiana State Prison
P.O. Box 41
Michigan City, IN 46360

James Blaine Martin
INDIANA STATE ATTORNEY GENERAL
jmartin@atg.state.in.us